# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10038
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
September 11, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Michael Gonzales, Jr.,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-233-2

---

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Michael Gonzales, Jr., moves to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzales has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.

Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.